# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY LEE STEWART, Sr.,
Plaintiff,

-V.-                    22    CV    483    JDP

Andrew P. Banks; Ofc. John Doe #1; Ofc. John Doe #2;
Oliva Case J. Ofc. S. Knox; Ofc. Oleary; Ofc D.
Hanson; Ofc. Pearson; Ronald Sutherland. Chief, Moore;
                    Defendant(s) (continued on Back)

 

Comes Now, Timothy Lee Stewart, Sr,
Pro. Se., respectfully moves the court via
above captioned pleading. See Haines
V. Kerner, 404 U.S. 519 (1972); State
ex rel. Terry V. Traeger, 60 Wis.
2d 490.

( Lawsuit Cover)
( Page 1. False )
( Mental Heath )
( Police Report(s) )

1. Of .

# ADDITIONAL LIST OF DEFENDANT(S):

12.) Ofc. Danielson; 13.) Ofc. C. Stanley; 14.)
Sgt. Williamson; 15.) Deputy Chief Sheridian; 16.) Deputy
Chief, Kliesner; 17.) Cherie L. Thompson; 18.)
Jessica Holmes; 19.) Ofc. Mikkelson.

# END OF DEFENDANT'S LIST

( False Mental Health
( Harrassment(s) via
( Defendant's Weaponing
( Police Department via
( Retaliation(s) for Plaintiff
( filing legal Lawsuits against )
( Janesville Police Department )

2. of

# COMPLAINT:

THE PLAINTIFF COMPLAINS HE
HAS BEEN VIOLATED VIA IMPREGNATION(S)
OF COVERT / WHITE SUPRAMICIST
RACIST VIA HANDS OF TATICAL
INFRINGEMENT(S) OF FALSE MENTAL
HEALTH ISSUE(S) AUTHORED VIA JANESVILLE
POLICE DEPARTMENT POLICE REPORTS.


THE PLAINTIFF FURTHER
CONTENDS DEFEMATION OF CHARACTER
IS A SERIES OF RELATED EVENTS THAT
TRANSPIRED VIA IMPREGNATION OF THE
FALSE DEFAMATORY REPORT(S).

In the instant Case,
On numerous Occassions, Janesville
Police Department Employees authored Janesville
Police Report(s) that detail, Plaintiff has
a History of Mental / Illness Disorder.

Specifically, the Janesville Police
Department Employees wrote On
False Police Report(s).

( Brief synopis )
( Mental Health )
( violation(s) )

1. OF 6.

Janesville Police Officer
On                            , wrote Plaintiff
has a history of mental Illness.


Janesville Police Officer
On                          , wrote Plaintiff
has a history of mental Illness.


Janesville Police Officer,
On                          , wrote Plaintiff
has a history of mental Illness.


The combination of Police Reports and
the Ongoing Litigation Plaintiff has currently
pending against Janesville Police Department
Employee(s) (Western District of Wisconsin
Cases)                      ), has created an
enviorment via Janesville Police Department
Employees that Created False Reality of
Plaintiff's Mental Illness History.

The plaintiff has no history of
mental Illness and the False Reports have turnished
his reputation via Janesville Police Department,

(Brief Synopsis )
(Mental Health )          2. of 6.
( Issue )

Moreover, Plaintiff advised Andrew
Banks that he was about to recieve
Fifty Million Dollars via Charter School
Start-Up. Therein, he advised Andrew
he would make him a millionaire, if
he could gather Transgender Crowd and
cook food for his new Charter School
Opportunity.

At that time, Andrew P. Banks, agreed.

Suddenly, Once Plaintiff filed
his small claims action against Andrew P.
Banks; he began contacting the Janesville Police
Department, noting Plaintiff is targeting
him via his Spiritual Sermons. Also, he
Claimed, Plaintiff' Sermons infringed
on his rights as a Transgender.

Also, Andrew P. Banks, would
blast his Stereo and once Plaintiff began
Playing his You-Tube Sermons for future
Shows / Edits of Videos, Andrew would
Contact the Janesville Police Department.

Plaintiff, has never made a Sermon
to target Transgender(s) or Andrew P. Banks.

3. of 6.

The Janesville Police Department Continued to encourage Andrew P. Banks to make his phone calls.

The Janesville Police Department Continued to have Andrew P. Banks make Contacten with Plaintiff to maintain illegal stalking Horse Communicationess with Plaintiff.

On July 12, 2022, Plaintiff attended Court Trial on a Call initiated via Andrew P. Banks. On 7-12-2022, City Attorney, Nels Kjome, witness, and Andrew P. Banks, witness to reported Loud Noise, Admitted that Andrew P. Banks, had Plotted false Scenario to have Plaintiff arrested. Specifically, _____, admitted Andrew P. Banks was a nusiance, liar, Cheat, and created false Phone Call for production of false Charges on Plaintiff via Andrew P. Banks, false Badge Contacts via Janesville Police Department. Further, Andrew P. Banks, has not attended one Court hearing, nor answered via appearance of Court Ordered Subpoina. Moreover, based on presented evidence of Plaintiff, all charges were dismissed.

4. of 6.

Nieghbors.

Therein, nieghbors have been fearful
Of Plaintiff Based on False Opinions of
Janesville Police Department Employee(s)
that have interviewed nieghbor(s) via
Andrew P. Banks, numerous Police Complaints

No information supports Plaintiff has
a history of Mental Health. Further, HIPPA
LAWS PREVENT JANESVILLE POLICE DEPARTMENT
EMPLOYEE(S) VIA RE-DISCLOSURE OR Access
TO PLAINTIFF'S MENTAL EMOTIONAL HEALTH
HISTORY CONTAINED VIA HIS MEDICAL FILE.

In fact, Plaintiff's Probation officer
noted, she has not provided or had any
conversation(s) with Janesville Police Department
Employee Concerning Plaintiff's Medical
File.

No information supports the Janesville
Police Department's Authority Via False Mental
Health Reports Via Written Public Document(s).

Based on False Mental Health Claim
Plaintiff is seeking Monetary, Injunctive,

( Brief synopsis )
( Mental Health )        5. of 6.
( Complaint        )

Damages against all Janesville Police Department Employee(s) Who filed False Mental Health Information via Police Report(s).

( Brief Synopsis )
( Mental Health )

6. of 6.

## ACTIONS COMMITTED VIA
### EACH DEFENDANT
#### SUBJECTED VIA
#### PLAINTIFF'S VIOLATED DUE
#### PROCESS RIGHT'S TO BE FREE OF
#### INACCURATE OF FALSE POLICE
#### REPORTS CONCERNING

MENTAL HEALTH HARRASSMENT(s) / False Arrest(s) /
RETALIATION(s) FOR FILING LAWSUIT(s) ON DEFENANT'S

**1.)** On **07-01 - 2022,** Andrew P. Banks,
Transgender Male ( Diagnosed History of Mental
Illness / Disorder) created False Mental Health
IDENTITY ASSOCIATION VIA PLAINTIFF'S MENTAL /
EMOTIONAL HEALTH. On **07-01** - 2021,
Was Andrew P. Banks first False Mental Health
Claim reported anonymously, Via Janesville
Police Department Welfare Check On Plaintiff.

**2.)** On 07- 01 - 2021, Ofc. John Doe [NO Police Report Filed]
Came to request Andrew P. Banks via False
Welfare Check on Plaintiff Mental State and
Therein association Andrew P. Banks Claimed Plaintiff
Pit Bull had bitten him.

**3.)** On 07-09 - 2021, Ofc. John Doe ,
and Ofc. John Doe , came to conduct Welfare
Check on, According to Police Report Info Andrew
Supplied : " Mentally Ill Nieghbor Upstairs," Plaintiff.
( NO Police Reports were filed on these issue(s)
Yet Contact was made at request of Scammer Andrew Banks

( Actions Committed )    **1. of 6 .**
( Section Via False )
( Police Reports . )

4.) On 08-20-2021, Via Anonymous Untraceable Phone utilized via Andrew P. Banks and his Convert Racist; Satanic Worshipping; Transgender; Nervous Nieghbors made Phone Call to Janesville Police Department alleging mental Ill nieghbor was upstairs And or Parking Lot Of Echo, In Need Of Welfare Check from Police; He seems to be having a Plyscotic episode. Plaintiff was incarcerated for another False Police Report via Paragraph 5.

5.) On 12-02-2021, Andrew P. Banks Contacted the Janesville Police and made false report that Plaintiff Mentally Ill, had threatned to shoot his Windows out of his Vehichle and Other false unknown threats. (Incident Date: 12-02-2021. Incident Number: JV-2160197)

        Plaintiff was incarcerated for six Days via False Mental Health Claim and Causeation. (Alleged Witness, Oliva J. Case, assisted via False Report).

6.) On 07-10-2021, Andrew P. Banks told Landlord, Plaintiff's Pitbull had bitten him. Which was a lie via Plaintiff's Declaration of Oath to Court. (Dogs are not allowed on Property. However Banks, has a dog currently) (Plaintiff "dog he gave away never bitten Andrew).

7.) On 11-19-2022, Ofc. S. Knox, referenced Plaintiff has history of Odd Behaviors and Mental Health Issuess. (No Evidence Supports False Report). This is a direct Violation of Accurate Information Concerning Offenderss file.

( Actions Committed    )
(Section, False Mental )    2-0f6.
( Health               )

fail to Correct Due Process Violation, the
Employee(s) can be sued via 1983 42
U.S.C. Civil Rights Violation(s) of
Due Process. See DiCocco v. Hoyer, 3:04 CV 1526
(CFD); Saucier V. Katz, 553 U.S. at 205-06 (Citations Omitted)
Harlow V. Fitzgerald, 457 U.S. 800, 818 (1982)
(Citations Omitted). These defendant are not entitled to qualified immunity
11.) On 09-04-2021, Ronald Sutherland
(Nieghbor) had contacted Janesville Police
Department and indicated Plaintiff Was
Undergoing Psycho Episode Via Echo Parking
Lot via Yelling At Some Unknown Person.
On the Phone. (The niegbhor Ronald Sutherland, previously,
spoke to Plaintiff days before about his issue(s) with Janesville P.D.
Employee(s) and Bus.) Reasonable Minded People can conclude
the entire call was a Convert Racist
manuever for Nieghbor deemed mentally Ill
via All Defendant's Absent Review of
Plaintiff's Medical Record (But CCAP
Revealed Plaintiff's Criminal History) that
has no diagnosis of Mental Illness or Disorder(s),
Substantated, or Confirmed Via Wavior of Plaintiff via Privacy Act
5, U.S.C. 552a. Further, via Pursuit of Jury Trial,
Atty. Philip J. Brehm had Chance for review of
said False Evidence of Police Report via Ofc.
Hanson. Specifically, all Humans from Illonois
who Were exiting Vehichles for attendance of

(Actions Committed)
(Section Via Falk    )
(Police Reports    )   4. of 6.

( Incident Date = 01-02-2021; I.C. Number = JV220240 )

8.) On 01 - 02 - 2021, Ofc. Oleary and Banks noted Plaintiff has Mental Health Issues, via Police Rept. ( No Evidence Supports Findings). No Waivers were ever signed under Privacy Act, 5 U.S.C. 552(a) (Supp. IV 1974). ( 7-12-22 Charges Dropd ).

9.) All Citizens have the right to accurate Police Reports. Moreover, Special Training is required via Contact with Mental Illness Disorder Humans, so as not to intrude on protected Rights; Records Medical; Business: See State V. Tiepelman; 2006 WI 66 ( A Violation via False Mental Health Claim is a major Violation of Due Process Guaranteed via Fifth, Sixth, Eight, and 14th Amendment(s) to United States Constitution); United States V. Tucker, 404 U.S. 443; 447, 92 S.Ct. 589, 30 L.Ed. 2d 592 (1972), Strickland V. Washington; 466 U.S. 668 (1984).

10.) Plaintiff Contacted the Janesville Police Department and requested All False Mental Health Reports be redacted, eradicated, immediately.

On 7-22, However, Ofc. Pearson, wrote Plaintiff detailing the information had been previously addressed; absent any modified Reports reflecting False Mental Health Claims Corrected.

A Person complains of a Violated Right Against State Actions and State Employees.

( Acts Committed )
( Via False Mental )      3. of 6.
( Health )

Actions, Committed Section

Wedding to be Hosted at Armory (10 S. High Street, Janesville, WI 53548) was Offended via Plaintiff's Conversation with Ofc. Hanson. This same Officer, was contacted via Ronald Sutherland, Simutaneously, as Plaintiff was talking to Ofc. Hanson, via Echo Parking Lot.

Plaintiff's Charges were dismissed because his Pastor who was sitting in the Parking Lot allowing Plaintiff to utilize his phone at time of Ronald Sutherland call contradicted Ronald Sutherland's lie. Further, all attendees of Wedding indicated the Plaintiff's Phone call did not disturb them.

However, Ofc. Hanson, utilizing False Mental Health Information, Floating via Janesville Police Department and Niaghburs foretold lies to validate false arrest and retaliations; discriminations to Plaintiff for exercising his education of Violationess to his rights to be free of Cruel and unusual Punishments; Harrassments; Discrimination based on False Mental Health Issue or Disorder Created via Janesville Police Department.

( Actions of Deprivation)
( Via False Police Reports) 5. 0f 6 .
( Via Mental Health        )

*Actions Committed Section*

12.) Based on the above, all defendants
are liable for Violations to Plaintiff's
protected Rights.

# END OF SECTION "

( Actions Committed )
( Section via False )
( Police Reports )

6. of 6 .

# "RELIEF REQUESTED"
## SECTION

1.) Andrew P. Banks, One Hundred Million Dollars, for False Creation Of Plaintiff's Mental Health Record.

2.) Ofc. Knox, One Hundred Million Dollars for False Creation Of Plaintiff Mental Health Records

3.) Drug Testing On All Officer's Who Created False Mental Health Records.

4.) Ofc. Oleary, One Hundred Million to Plaintiff Via False Mental Health Substaintation Via Report and Reference Of Prior Contactes note Plaintiff has prior Mental Health. Issues.

5.) All False Police Reports Concerning Plaintiff's Mental Health Record be eradicated and Corrected immediately.

6.) Injunction Pursuant All False Police Reports Informationa referencing unsupported, unresearched, Medical File.

( False Mental Health )
( POlice Reports )
( Requested Relief(s) )    1. of 4.

# REQUESTED RELIEF "

7.) Anyother relief(s) deemed appropriate via Police based on False Evidence of Mental Health Issue Via Court Records; Or Other Unknown Fake Substaintation(s).

8.) Ofc. D. Hanson, One Hundred Million via False Mental Health History Useage Subjectation via False Police Report that Caused Plaintiff UNLAWFUL ARREST VIA Plaintiff Seeking Readdress of Illegally/stole/Towed Property On 09-04-2022.

9.) All other Officer(s) that impregnated falsehood Concerning Plaintiff Mental Health ( I.E. "Words Spread via Janesville Police Department Mr. Stewart, Believes He Can Manipulate US Saint's Into Believing He Has Accepted The free Gift of Salvation Offered Only To The White Supramicist(s), Who Wants to Throw Blood On His Cross And Scare Him Out Of Town." "Hell We Can file Anything On him He can't Read & He Believe He Can Fight US For His Rights" "All THE LAWS THIS SINNER HAS BROKEN" "Let's Get Em".

( False Mental Health )
( Police Reports )
( Requested Relief(s) )
            2 of 4.

# REQUESTED RELIEF(S)

The Joke Was Sick.

**10.)** Mr. Stewart, Sr., Believed the Sin (I meant) Constitutional Violations Under 42 U.S.C § 1983, begin On 08-23-2021, When Sgt. Severson, asked Plaintiff, "Can You Read, Boy? Do You Have Rights Boy?" This Offended Plaintiff Almost As The Blood That Was Thrown Against His Cross. False Mental Health Claims Via Weaponizations Of State/Federal Resources Via Janesville Police Department Employee(s), and Failure To Intervene Is Subject to Microscopic Review Of Whether Public Figure Can Be Disqualified For Immunity Of Lawsuits IN SERVITUDE OF MANDATED DUTIES. (II Timothy II Book 15 verse).
Also, See DiCOCCO v. Hoyer, 3:04 CV 1526 (CFD); Saucier V. Katz, 553 U.S. at 205-06 (Citations Omitted); Harlow V. Fitzgerald, 475 U.S. 800, 818 (1982). C Can be referenced as Jurisdictional Snuck Bite for Weaponization Of NON-Mental Christian Pastor, Revern Eagle Condemns Man A.K.A. Timothy Lee Stewart, Sr., AND for Characterizations Of Walking "In Faith" Not "Fear"

( False Mental Health )
( Police Reports )
( Requested Relief(s) )

3. Of 4.

# REQUESTED RELIEF(S)

Of Reestabilishment Of Saint(s) To
Get Back In Harmony with The Sheep(s).
Specifically, Utilization Of God''s Souvergn
Power Distrubuted To All HUMAN''s
BASED ON STRENGHTS SPIRITUALLY /
PHYSICALLY; EMOTIONALLY, EDUCATIONALLY,
INTELLECTUALLY, AND RATIONALLY To
RECIEVE AND DISTRIBUTE THE SAME.

    One Million Dollars Against Deputy
Chief, Sheridian, Deputy Chief, Kliesner,
Lt. Blake; Sgt. Williamson; Deputy Chief
Replacement, Ofc. Pearson; Chief, David
Moore, for Failure To Intervene On
Mental Health Claims Arousing From Janesville
Police Department Employee(s), Further explained
Via Paragraph 10.

    One Dollar Against Ofc. Drew Mussey
for Assisting Plaintiff with Homeless Patient
In Need Of Long Term Elderly Housing Placements,
Therein, he Save(s) One Million Dollar
Fee Requested.

        " End Of Section "

(False Mental Health )
(Police Report(s)   )
(Requested Reliefs )            4. Of 4

# SECTION E.
## ( JURY TRIAL )
### DEMAND
## ( IN THE BEST )
### ( INTEREST )
### OF
## ( JUSTICE )

Plaintiff, Timothy Lee Stewart, Sr.; hereby, invokes his United States Constitutional Right(s) via Due Process(s) Of Law(s), Previously, Presently, via God's Hieracy That Protect(s) All Human's Under The UNITED STATES CONSTITUTIONAL BANNER, AND 42 U.S.C. § 1938 via Gateway Of, West V. Akins, 487 U.S. 42, 49 (1988) (Only Goverment Actor(s); Or those Human(s) Acting In Accordance To THE COLOR OF LAW COULD VIOLATE A PLAINTIFF's Cleary Estabilished Constitutionally Protected Civil Right(s) THAT DISALLOWS SOVERGN IMMUNITY PROTECTION(S) OF MAN's ESTABILISHED LAW(s), Free Exercise Of Religion Absent Wicked Discrimination(s). Also, See DiCOCCO V. Hoyer, 3:04CV1526 (CFO).

( Jurisdictional For Jury Trial )
( Statement . False )
( Mental Health Police Violations of Religion)
( Report(s). Sec E. )

1. Of 1

"

## SECTION E "

### JURY TRIAL DEMAND IN INTEREST OF JUSTICE

Plaintiff, hereby, moves this honorable Court, Pro. Se., to set a Jury Trial.

Also, Plaintiff, requestess via microscopic review allowance of 42 U.S.C. § 1983, violations eradicating all Immunity, via Suitess, be allowed under Actorss Under Color of State/Federal Color of Law, via False Mental Health Authored Police Reports Where: 1.) Plaintiff, did not sign any documentess Pursuant Privacy Act 5 U.S.C. 22a for Authorization of Inspection of Alleged Mental Health Claimess via Police Officerss; Nieghbors Acting Under The Color of Law and Otherwise Inappropriatess violating Estabilished Constitutionaly Protected Rights. See DiCOCCO V. Hoyer, 3:04CV1526 (CFD); Saucer V. Katz, 553 US at 205. - 06 (Citation Missing); Harlow v. Fitzgerald, 457 U.S. 800,818 (1982).

( JURY TRIAL DEMAND )
( FALSE POLICE MENTAL )
( HEALTH RUMOr )

1. of 2.

## Jury Trial Demand Continued:

Further, Plaintiff contends
the defendant(s) violated: Privacy Act
5 U.S.C. §22(a), via illustration(s) of
False Mental Health that lead to charges
(5 U.S.C. § 22(a) (Supp. IV 1974);
Moreover, Plaintiff did not authorize Medical
Information Release(s) as required via
HIPPA LAW(S) AND PROTECTED HEALTH INFORMATION
established under 5 U.S.C. 22(a) (Supp. IV 1974).
Also, See.

(Jury Trial Demand )
(Mental Health )
(Violation(s) )

2. of 2.

# JURISDICTIONAL

# STATEMENT

The United States Constitution has Created a foundation that allows the Court to entertain, the Plaintiff Case(s) via 28 U.S.C. § 1331.

Further, because some defendant's are employees of the State of Wisconsin, City of Janesville Police Department, Plaintiff declares he has Submitted A Notarized Notice of Injury And Claim, Pursuant Wis. Stat 893.82, for all defenses that would deprieve Court Jurisdiction via Improper Service on Defendant's via Impregnated Litigation via Non-service.

Additionally, because the defendant's were made Known via Plaintiff, the Mental Health Claims against him via Police Reports were false Plaintiff contends the actors were Knowledgeable of Constitutional deprivation(s) and via Individual/officer Capacity acted unlawful, which justifies

(Mental Heath)
(Issue.)                    1. of 2.

lawsuit Under 1983 42 U.S.C. See
West v. Akins, 487 U.S. 42, 49 (1988). (The
defendant must not qualify for immunity from
Lawsuit Because Of Intentional And Repected
Actions(s) Via Discrimination(s) to his known
Civil Rights Via False Police Report(s) and
Circumstances absent Corroboration(s) and
When Corroborated Actor(s), Retracted
Previous. Given False Testimony to Officer(s)
in liue Of Creation of false Evidence(s). Also,
42 U.S.C. § 1983 allows, Court Jurisdiction for Civil
Rights violation(s) Complaints.

### End Of Section

( Jurisdictional Statement )
( False Mental Health Claim(s) )
( via Police Department and )
( Nieghbor(s). )

### 2. Of 2.